EMPIRE STATE PICKLING Co., INC., and Others, Plaintiffs, *v.* WALTER J. BENNETT and Others, Defendants.

Supreme Court, Ontario County, December 31, 1929.

*Abbott, Rippey & Hutchens,* for the plaintiffs.

*Earle S. Warner,* for the defendants.

RODENBECK, J. The proposed defendants are not necessary parties. All the bondholders are represented by the trustee. (*Jackson* v. *Tallmadge,* 246 N. Y. 133; *Vetterlein* v. *Barnes,* 124

U. S. 169; *Phœnix Nat. Bk.* v. *Cleveland Co.*, 11 N. Y. Supp. 873; *Rogers* v. *Rogers*, 3 Paige, 379.) The 31st clause of the complaint is authorized. (Real Prop. Law, § 501, added by Laws of 1920, chap. 930, as amd. by Laws of 1925, chap. 565.) If an adverse claim is set up, an application for a bill of particulars may be applied for. (Civ. Prac. Act, § 247.)

Motions denied, with ten dollars costs to·abide event.

So ordered.